1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| J.D. CHARLES MCMANUS, | |
|---|---|
| Plaintiff, | Case No. C05-5564FDB |
| v. | ORDER GRANTING I.F.P. APPLICATION |
| HENRY RICHARDS, | |
| Defendant. | |

    Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and plaintiff does not appear to have funds available to afford the $250.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation. .

    The Clerk is directed to mail a copy of this Order to plaintiff.

    DATED this 28th day of September, 2005.

                                      */s/ J. Kelley Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge