UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J. D. CHARLES McMANUS,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS,<br><br>    Defendant. | Case No. C05-5564FDB<br><br>ORDER DENYING<br>RECONSIDERATION |

Plaintiff moves for reconsideration of the Court's Order adopting the Report and Recommendation for failure to file a complaint that demonstrates how the defendant has personally denied plaintiff a right secured by the Constitution. Reconsideration is DENIED.

SO ORDERED.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1